```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    JACKSON DIVISION
```

MEDIA BARBER                                          PLAINTIFF

VS.                               CIVIL ACTION NO. 3:12CV362TSL-JMR

UNITED STATES OF AMERICA                             DEFENDANTS

<u>JUDGMENT</u>

Pursuant to order entered this date, it is hereby

ORDERED AND ADJUDGED that this cause be and is hereby dismissed with prejudice.

SO ORDERED this 25th day of February, 2013.

                                                        /s/ Tom S. Lee
                                               UNITED STATES DISTRICT JUDGE